

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00013-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**GREATER SAN ANTONIO BUILDERS ASSOCIATION** and Indian Springs LTD.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19727
Honorable David A. Berchelmann, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that the appellees, Greater San Antonio Builders Association and Indian Springs Ltd., recover their costs of this appeal from the appellant, City of San Antonio.

SIGNED November 20, 2013.

_____
Karen Angelini, Justice